**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 04-6111**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MICHAEL CURTIS,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden, II, District Judge.  (CR-89-54; CA-03-2107-3)

————————

Submitted:  March 11, 2004          Decided:  March 19, 2004

————————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Michael Curtis, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Curtis appeals the district court's order accepting the recommendation of the magistrate judge's report denying relief on his 18 U.S.C. § 3582 (2000) motion. In his motion, Curtis asserted he was entitled to modification of his sentence pursuant to Amendment 591 of the U.S. Sentencing Guidelines Manual (2003). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Curtis, Nos. CR-89-54; CA-03-2107-3 (S.D.W. Va. Dec. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED